Motion for assignment of counsel granted and William E. Hellerstein, Esq., Second Look Program Clinic, Brooklyn Law School, 250 Joralemon Street, Brooklyn, New York 11201 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TRISVAN, Appellant, v ROY A. GIRDICH, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted August 16, 2004; decided October 14, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for poor person relief dismissed as academic.

QUANTUM CORPORATE FUNDING, LTD., Respondent, v WESTWAY INDUSTRIES, INC., Defendant, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

Submitted October 4, 2004; decided October 14, 2004

Motion by Subcontractors Trade Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.

In the Matter of PAUL SMITH et al., Appellants, v TOWN OF MENDON et al., Respondents.

Submitted October 4, 2004; decided October 14, 2004

Motion by Eliot Spitzer, Attorney General, State of New York, for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of PAUL SMITH et al., Appellants, v TOWN OF MENDON et al., Respondents.

Submitted October 4, 2004; decided October 14, 2004